# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

FILISIA JACKSON

    Plaintiff,

                              CASE NO.:  1:17-CV-03099-CAP

-vs-

AMERICAN EXPRESS COMPANY

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, FILISIA JACKSON, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## **RULE 5.1(c) CERTIFICATE**

This is to certify that, pursuant to Local Rule 5.1(C), Northern District of Georgia, the above documents were prepared in Times New Roman, 14 point.

                                                         */s/ Octavio Gomez*
                                                          Octavio Gomez, Esquire
                                                          Georgia Bar No.: 617963
                                                          Morgan & Morgan, Tampa, P.A.
                                                          One Tampa City Center
                                                          201 N. Franklin Street, 7th Floor
                                                          Tampa, Florida 33602
                                                          Tele: (813) 223-5505
                                                          Fax: (813) 223-5402
                                                          Primary Email:
                                                          TGomez@ForThePeople.com
                                                          Secondary Email:
                                                          LDobbins@ForThePeople.com
                                                          *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of November, 2017 a true and correct copy of the foregoing was provided to all counsel of record by means of the Court's ECF system or by first-class mail upon:

**Scott M. Stevens, Esquire**
Georgia Bar No.: 680845
Howe Law Firm, P.C.
4385 Kimball Bridge Road, Suite 100
Alpharetta, GA 30022
Tel: (678) 566-6800
Fax: (678) 566-6808
sstevens@howecollections.com

*/s/ Octavio Gomez*
Octavio Gomez, Esquire
Georgia Bar No.: 617963
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
Primary Email:
TGomez@ForThePeople.com
Secondary Email:
LDobbins@ForThePeople.com
*Attorney for Plaintiff*