## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

FILISIA JACKSON

      Plaintiff,

                                CASE NO.:  1:17-CV-03099-CAP

-vs-

AMERICAN EXPRESS COMPANY

      Defendant.

_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, FILISIA JACKSON, by and through her undersigned attorney, and hereby files this Notice of Voluntary Dismissal With Prejudice of the above captioned matter.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail this 1st day of December, 2017 to the following: Scott M. Stevens, 4385 Kimball Bridge Road, Suite 100, Alpharetta, GA, 30022.

*/s/ Octavio Gomez*
  Octavio Gomez, Esquire
  Georgia bar No.: 617963
  Morgan & Morgan, Tampa,  P.A.
  One Tampa City Center
  Tampa, Florida 33602
  Tele:  (813) 223-5505
  Fax:  (813) 223-5402
  *Attorney for Plaintiff*